[No. 25824-6-III. Division Three. January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER ALLEN TROWER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02440-3, Gregory D. Sypolt, J., entered December 18, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Thompson, J. Pro Tem.

[No. 34997-3-II. Division Two. January 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD MICHAEL GLASMANN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04983-2, Beverly G. Grant, J., entered May 26, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 35225-7-II. Division Two. January 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ROY CLINTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02718-5, Rosanne Buckner, J., entered August 11, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 35577-9-II. Division Two. January 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN NAPIER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02271-0, Katherine M. Stolz, J., entered October 11, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.